
ORIGINAL

FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0216

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0216

MATTHEW PEAVLER,

Plaintiff and Appellant,

v.

ROCKY MOUNTAIN SUPPLY,

Defendant and Appellee.

FILED

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This matter comes before the Court on the motion of Appellee Rocky Mountain Supply to strike Appellant Matthew Peavler's reply brief. The motion is unopposed.

Appellant's reply brief was due September 7, 2022. On September 13, 2022, the Clerk of Court sent the case up to the Court for consideration. On September 23, 2022, Appellant electronically filed his reply brief, and this motion followed.

There being no objection to the motion to strike the reply brief from consideration by the Court,

IT IS ORDERED that Appellee's motion to strike the reply brief is GRANTED. The case will be considered on the opening and response briefs.

The Clerk is directed to give notice of this Order to all counsel of record.

DATED this 4th day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices